**Form B6A (12/07)**

| In re | | **2007 USBC, Central District of California** |
|---|---|---|
| Shaul Havivy | | Case No.: |
| | Debtor. | 11-22171 (If known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ➤ | 0 | |

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re | | |
|---|---|---|
| Shaul Havivy | | Case No.: |
| | Debtor. | 11-22171    (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C – Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | | Cash on Hand | | 300 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking: ...5968<br>Union Bank Checking: ...4076 & 4033 & 4041 | | 100<br><br>800 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Furniture and Appliances | | 200 |
| 5. | Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Clothing | | 450 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Shaul Havivy _____ ,  Case No.  11-BK-22171-RN
          **Debtor**                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Art Wave; Los Feliz Devpmt; Malibu Top Prop; LA Top Prop; Foothill Devpmt; Landa Prop SEE ATTACHMENTS - 6 PAGES | | -1,992,216.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Expected IRS Tax Refund ($2,226) Expected State Tax Refund ($492) | | 2,718.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re Shaul Havivy _____,    Case No. __11-BK-22171-RN__
          **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

___0___ continuation sheets attached    Total▶    $    -1,987,648.00

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

*IN RE. SHAUL HAVIVY*

# ART WAVE, LLC
### 1001 SOUTH VICTORY BLVD
### BURBANK CALIFORNIA 91502
### 818-239-1661

## STATEMENT OF OWNERSHIP INTEREST AND FAIR MARKET VALUE OF THE NET IDENTIFIABLE ASSETS REGARDING SHAUL HAVIVY AS OF DECEMBER 31ST, 2010.

1. **SHAUL HAVIVY'S OWNERSHIP INTEREST IN THE PROFIT, LOSS, AND CAPITAL OF ART WAVE, LLC IS 50.00%.**

2. **THE FAIR MARKET VALUE OF THE NET IDENTIFIABLE ASSETS OF ART WAVE, LLC IS (132,949). (NEGATIVE EQUITY)**

ART WAVE, LLC

# LOS FELIZ DEVELOPMENT, LLC
### 1001 SOUTH VICTORY BLVD
### BURBANK CALIFORNIA 91502
### 818-239-1661

**STATEMENT OF OWNERSHIP INTEREST AND FAIR MARKET
VALUE OF THE NET IDENTIFIABLE ASSETS REGARDING
SHAUL HAVIVY AS OF DECEMBER 31ST, 2010.**

1.  **SHAUL HAVIVY'S OWNERSHIP INTEREST IN THE
    PROFIT, LOSS, AND CAPITAL OF LOS FELIZ
    DEVELOPMENT, LLC IS 45.625%.**

2.  **THE FAIR MARKET VALUE OF THE NET IDENTIFIABLE
    ASSETS OF LOS FELIZ DEVELOPMENT, LLC IS
    (1,100,000). (NEGATIVE EQUITY)**

LOS FELIZ DEVELOPMENT, LLC

ATTACHMENT TO SCHEDULE B

# MALIBU TOP PROPERTIES, LLC
## 1001 SOUTH VICTORY BLVD
## BURBANK CALIFORNIA 91502
## 818-239-1661

**STATEMENT OF OWNERSHIP INTEREST AND FAIR MARKET
VALUE OF THE NET IDENTIFIABLE ASSETS REGARDING
SHAUL HAVIVY AS OF DECEMBER 31ST, 2010.**

1. **SHAUL HAVIVY'S OWNERSHIP INTEREST IN THE
   PROFIT, LOSS, AND CAPITAL OF MALIBU TOP
   PROPERTIES, LLC IS 100%.**

2. **THE FAIR MARKET VALUE OF THE NET IDENTIFIABLE
   ASSETS OF MALIBU TOP PROPERTIES, LLC IS ZERO.**


MALIBU TOP PROPERTIES, LLC

# LA TOP PROPERTIES, LLC
## 1001 SOUTH VICTORY BLVD
## BURBANK CALIFORNIA 91502
## 818-239-1661

**STATEMENT OF OWNERSHIP INTEREST AND FAIR MARKET VALUE OF THE NET IDENTIFIABLE ASSETS REGARDING SHAUL HAVIVY AS OF DECEMBER 31ST, 2010.**

1. **SHAUL HAVIVY'S OWNERSHIP INTEREST IN THE PROFIT, LOSS, AND CAPITAL OF LA TOP PROPERTIES, LLC IS 100%.**

2. **THE FAIR MARKET VALUE OF THE NET IDENTIFIABLE ASSETS OF LA TOP PROPERTIES, LLC IS (76,664) (NEGATIVE EQUITY).**

LA TOP PROPERTIES, LLC

ATTACHMENT TO SCHEDULE B

# FOOTHILL DEVELOPMENT, LLC
## 1001 SOUTH VICTORY BLVD
## BURBANK CALIFORNIA 91502
## 818-239-1661

**STATEMENT OF OWNERSHIP INTEREST AND FAIR MARKET VALUE OF THE NET IDENTIFIABLE ASSETS REGARDING SHAUL HAVIVY AS OF DECEMBER 31ST, 2010.**

1.  **SHAUL HAVIVY'S OWNERSHIP INTEREST IN THE PROFIT, LOSS, AND CAPITAL OF FOOTHILL DEVELOPMENT, LLC IS 50%.**

2.  **THE FAIR MARKET VALUE OF THE NET IDENTIFIABLE ASSETS OF FOOTHILL DEVELOPMENT, LLC IS ZERO.**

FOOTHILL DEVELOPMENT, LLC

# LANDA PROPERTIES, LLC
## 1001 SOUTH VICTORY BLVD
## BURBANK CALIFORNIA 91502
## 818-239-1661

**STATEMENT OF OWNERSHIP INTEREST AND FAIR MARKET VALUE OF THE NET IDENTIFIABLE ASSETS REGARDING SHAUL HAVIVY AS OF DECEMBER 31ST, 2010.**

1.  **SHAUL HAVIVY'S OWNERSHIP INTEREST IN THE PROFIT, LOSS, AND CAPITAL OF LANDA PROPERTIES, LLC IS 100%.**

2.  **THE FAIR MARKET VALUE OF THE NET IDENTIFIABLE ASSETS OF LANDA PROPERTIES, LLC IS (682,603) (NEGATIVE EQUITY).**

LANDA PROPERTIES, LLC

B 6C (Official Form 6C) (04/10)

In re  Shaul Havivy                    ,          Case No.  11-22171
       Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐  Check if debtor claims a homestead exemption that exceeds
*(Check one box)*                                                                          $146,450.*
☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | CCP§703.140(b)(5) | 300 | 300 |
| Financial Accounts | | | |
|   Chase Checking | CCP§703.140(b)(5) | 100 | 100 |
|   3x Union Bank Checking | CCP§703.010(b)(5) | 800 | 800 |
| Household Goods | | | |
|   Furniture& Appliances | CCP§703.010(b)(3) | 200 | 200 |
| Wearing | | | |
|   Clothing | CCP§703.140(b)(3) | 450 | 450 |
| Expected Tax Refunds | | | |
|   Federal | CCP§703.140(b)(5) | 2,226 | 2,226 |
|   State | CCP§703.140(b)(5) | 492 | 492 |

\* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re __Shaul Havivy_____,   Case No. __11-BK-22171-RN_____
               **Debtor**                                                       **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | | | | | | |
| | | | VALUE $ | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| | | | | | | | | |
| | | | VALUE $ | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| | | | | | | | | |
| | | | VALUE $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 0.00 | $ 0.00 |
| | | | Total ▶ (Use only on last page) | | | | $ 0.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/10)

In re  Shaul Havivy                                   ,                    Case No.  11-BK-22171-RN
                    Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 6E (Official Form 6E) (04/10) – Cont.

In re <u>Shaul Havivy</u>                              ,    Case No. <u>11-BK-22171-RN</u>
                  Debtor                                              *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>1</u>   continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re <u>Shaul Havivy</u>               ,   Case No. <u>11-BK-22171-RN</u>
         **Debtor**                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes                                    **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CA State Board of Equalization <br> PO Box 942879 <br> Sacramento, CA 94279 | | | Sales Tax Liability | | | X | 50,000.00 | | |
| Account No. <br><br> Internal Revenue Service <br> Ogden, UT 84201 | | | Federal Income Tax Liability | | | X | 15,000.00 | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ 65,000.00   $ 65,000.00

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 65,000.00

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 65,000.00

B 6F (Official Form 6F) (12/07)

In re  Shaul Havivy                                  ,         Case No.   11-BK-22171-RN
            **Debtor**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2115<br><br>Accounts Receivable Mgmt.<br>PO Box 129<br>Thorofare, NJ 08086-0129 | | H | Collection for Bank of America | | | | 1,028.00 |
| ACCOUNT NO.<br><br>Alice De Irueste<br>70909 Fairway Drive<br>Rancho Mirage, CA 92270 | | H | Property Tax Lawsuit from Art Wave International | | | | 40,000.00 |
| ACCOUNT NO.<br><br>BAC Home Loans Servicing<br>450 American Street SV<br>Simi Valley, CA 93065 | | H | 07/2006<br>Foreclosed Mortgage from Lookout Mountain Primary Residence | | | | 500,000.00 |
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | | H | 09/2007<br>Charged Off | | | | 22,147.00 |

                                                                      Subtotal▶  $    563,175.00

  8   continuation sheets attached                                      Total▶  $
                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shaul Havivy                          ,          Case No.  11-BK-22171-RN
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | | H | 09/2007<br>Charged Off | | | | 12,849.00 |
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | | H | 05/2007<br>Charged Off | | | | 25,867.00 |
| ACCOUNT NO.<br><br>BofA et al c/o CT Corp Syst<br>818 West 7th Street<br>Los Angeles, CA 90017 | | H | Personal Bank Account | | | | 1,000.00 |
| ACCOUNT NO.<br><br>Zhanna & Eli Diachenco<br>1686 Valley View Rd<br>Glendale, CA 91202 | | H | Personal Loan | | | | 13,000.00 |
| ACCOUNT NO.<br><br>CAN Phone Service<br>1000 Progress Place<br>Concord, NC 28025-2449 | | H | | | | | 1,000.00 |

Sheet no.__1__ of __8__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  53,716.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shaul Havivy                                  ,        Case No.  11-BK-22171-RN
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3830 <br><br> CHASE/Bank One Card Serv <br> PO Box 15296 <br> Wilmington, DE 19850 | | H | 12/2007 <br> Pending Lawsuit in <br> Superior Court of CA Case <br> #10C03830 | | | | 2,553.00 |
| ACCOUNT NO. 3833 <br><br> CHASE/Bank One Card Serv <br> PO Box 15296 <br> Wilmington, DE 19850 | | H | 11/2006 <br> Pending Lawsuit in <br> Superior Court of CA Case <br> #10C03833 | | | | 4,835.00 |
| ACCOUNT NO. <br><br> Core Fire Protection <br> 17236 Roscoe Boulevard <br> Northridge, CA 91325 | | H | from Art Wave <br> International | | | | 15,000.00 |
| ACCOUNT NO. 6701 <br><br> Discover Financial Services <br> PO Box 15316 <br> Wilmington, DE 19850-5316 | | H | 11/2006 <br> Charged Off | | | | 9,082.00 |
| ACCOUNT NO. <br><br> Doron & Nava Zalait <br> 10061 Riverside Dr, Ste 403 <br> North Hollywood, CA 91602 | | H | from Art Wave <br> International | | | | 500,000.00 |

Sheet no. __2__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 531,470.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shaul Havivy _____ ,          Case No.  11-BK-22171-RN _____
            **Debtor**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Denis Murphy/ Emvest Mrtg<br>16000 Ventura Blvd, Ste 100<br>Encino, CA 91436 | | H | 6 Unit Office Building Foreclosed on from Foothill Development, LLC | | | | 463,184.00 |
| ACCOUNT NO.<br>Eric Harpetian<br>321 Cameron Place<br>Glendale, CA 91207 | | H | from Los Feliz Development, LLC Lawsuit from Foreclosure | | | | 250,000.00 |
| ACCOUNT NO. 7281<br>Focus Receivables Mgmt<br>5601 Office Blvd NE, Ste 500<br>Alburquerque, NM 87109 | | H | Collection for Bank of America, NA | | | | 141.00 |
| ACCOUNT NO. 9265<br>Frederick J. Hanna & Assoc.<br>1427 Roswell Road<br>Marietta, GA 30062 | | H | 10/31/2007<br>Collection for CHASE Bank USA, NA thru LVNV Funding, LLC | | | | 43,744.00 |
| ACCOUNT NO.<br>German Valencia<br>8724 Olive Street<br>Bellflower, CA 90706 | | H | from Los Feliz Development, LLC Lawsuit from Foreclosure | | | | 250,000.00 |

Sheet no. __3__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $  1,007,069.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Shaul Havivy                    ,            Case No.   11-BK-22171-RN
                Debtor                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Gloria Afable 1379 Kent Place Glendale, CA 91205 | | H | from Los Feliz Development, LLC Lawsuit from Foreclosure | | | | 250,000.00 |
| ACCOUNT NO. 2897 Hicks Family Trust 535 W State Street, Suite G Redlands, CA 92373 | | H | Case # CIVDS 912897 from Los Feliz Development, LLC Lawsuit from Foreclosure | | | | 1,341,026.00 |
| ACCOUNT NO. Zenith Insurance Co 21255 Califa St. Woodland Hills, CA 91367 | | H | Great Find Development, LLC Judgement | | | | 20,000.00 |
| ACCOUNT NO. 4396 Legal Recovery Law Offices PO Box 84060 San Diego, CA 92138-4060 | | H | 05/2007 Collection from US Bank on BMW Repossession | | | | 7,164.00 |
| ACCOUNT NO. LOA Investments, LLC 302 West 5th St, Suite 208 San Pedro, CA 90731 | | H | from Lake Shore Development, LLC Lawsuit from Foreclosure in 2008 | | | | 550,000.00 |

Sheet no. __4__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   2,168,190.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shaul Havivy                    ,          Case No.  11-BK-22171-RN
                 **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LOA Investments, LLC<br>302 West 5th St, Ste 208<br>San Pedro, CA 90731 | | H | from Los Feliz Development, LLC Lawsuit from Foreclosure on Land | | | | 1,400,000.00 |
| ACCOUNT NO.<br>Los Angeles Times<br>202 West First Street<br>Los Angeles, CA 90012 | | H | from Art Wave International | | | | 26,000.00 |
| ACCOUNT NO.<br>Marcus & Paul Mamolen<br>1525 Aviation Blvd #117<br>Redondo beach, Ca 90277 | | H | from Lake Shore Development, LLC Lawsuit from Foreclosure in 2008 | | | | 15,000.00 |
| ACCOUNT NO. 4396<br>Michael Russo & Associates<br>4717 Van Nuys Blvd, 2nd Fl<br>Sherman Oaks, CA 91403 | | H | from Art Wave International | | | | 15,000.00 |
| ACCOUNT NO. 0012<br>National City<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | | H | 01/2007 Home Equity Loan on Grinell Home that Short Sold | | | | 77,897.00 |

Sheet no. __5__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  1,533,897.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shaul Havivy _____ ,    Case No.  11-BK-22171-RN _____
       **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9901 <br><br> National City Mortgage <br> 3232 Newmark Drive <br> Miamisburg, OH 45342 | | H | 02/2006 <br> Construction Loan on Grinell Home that Short Sold | | | | 1,125,000.00 |
| ACCOUNT NO. 0615 <br><br> NCO Financial Systems, Inc. <br> PO Box 15391 <br> Wilmington, DE 19850-5391 | | H | Collection from Verizon | | | | 374.00 |
| ACCOUNT NO. 7889 <br><br> Nelson, Watson & Associates <br> PO Box 1299 <br> Haverhill, MA 01831-1799 | | H | 02/2010 <br> Collection from CitiBank thru Pinnacle Credit Services | | | | 1,035.00 |
| ACCOUNT NO. 3946 <br><br> Razor Capital LLC <br> PO Box 13807 <br> Sacramento, CA 95853 | | H | 11/1987 <br> Collection Lawsuit from Wells Fargo with Nelson & Kennard Case #EC053946 | | | | 52,300.00 |
| ACCOUNT NO. 0578 <br><br> Richard J. Boudreau & Assoc <br> 5 Industrial Way <br> Salem, NH 03079 | | H | 12/2007 <br> Collection from RBS NB Card Services | | | | 9,426.00 |

Sheet no. __6__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 1,188,135.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shaul Havivy                                    ,          Case No.  11-BK-22171-RN
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Robinson & Associates <br> 1612 Beverly Boulevard <br> Los Angeles, CA 90026 | | H | From Art Wave International | | | | 12,500.00 |
| ACCOUNT NO. 6094 <br><br> Sage Capital Recovery <br> 1040 Kings Highway North <br> Cherry Hill, NJ 08034 | | H | 10/2007 <br> Collection for Advanta Bank Corp | | | | 3,686.00 |
| ACCOUNT NO. <br><br> Sandra V. Rodriguez <br> 4657 Hollywood Boulevard <br> Los Angeles, CA 90027 | | H | 2nd Loan on Land from Lake Shore Development, LLC Lawsuit from Foreclosure in 2008 | | | | 300,000.00 |
| ACCOUNT NO. <br><br> Udaya Athukorale <br> 1241 Peachgrove Street <br> West Toluca Lake, CA 91601 | | H | from Los Feliz Development, LLC Lawsuit from Foreclosure | | | | 250,000.00 |
| ACCOUNT NO. 7478 <br><br> Wells Fargo Bank, NA <br> PO Box 29746 <br> Phoenix, AZ 85038-9746 | | H | Business Platinum Account | | | | 10,360.00 |

Sheet no. __7__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  576,546.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shaul Havivy _____,  Case No.  11-BK-22171-RN _____
              **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7640<br><br>Weltman, Weinberg, & Reis<br>323 W Lakeside Ave, #200<br>Cleveland, OH 44113-1009 | | H | Collection for CHASE Bank USA, NA thru LVNV Funding | | | | 48,668.00 |
| ACCOUNT NO.<br><br>Wilshire Credit Corporation<br>PO Box 8517<br>Portland, OR 97207-8517 | | H | Mortgage on Foreclosed Property in Los Feliz Development, LLC | | | | 900,000.00 |
| ACCOUNT NO.<br><br><br> | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | |

Sheet no. __8__ of __8__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                  Subtotal► $ 948,668.00

                  Total► $ 8,570,866.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Shaul Havivy                                    ,          Case No.  11-BK-22171-RN
                **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  Shaul Havivy                                ,                    Case No.  11-BK-22171-RN
            **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**B6I (Official Form 6I) (12/07)**

In re  Shaul Havivy                                  ,          Case No.  11-BK-22171-RN
_____                              _____
       **Debtor**                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP(S): | | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation  Art Sales, Manager | | |
| Name of Employer  Art Wave, LLC | | |
| How long employed  2 Years | | |
| Address of Employer  1001 South Victory Boulevard  Burbank, CA 91502 | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $____2,167.00____  $_____ | $_____ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $____2,167.00____ | $_____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $_____105.10_____ | $_____ |
| b. Insurance | $_____ | $_____ |
| c. Union dues | $_____ | $_____ |
| d. Other (Specify): _____ | $_____ | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $_____105.10_____ | $_____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $____2,061.90____ | $_____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $_____ | $_____ |
| 8. Income from real property | $_____ | $_____ |
| 9. Interest and dividends | $_____ | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $_____ | $_____ |
| 11. Social security or government assistance (Specify):_____ | $_____ | $_____ |
| 12. Pension or retirement income | $_____ | $_____ |
| 13. Other monthly income (Specify):_____ | $_____ | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $_____ | $_____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $____2,061.90____ | $_____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $____2,061.90____ |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Shaul Havivy                    ,          Case No.  11-BK-22171-RN
              **Debtor**                                            **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 900.00 |
| a. Are real estate taxes included?  Yes ✔  No _____ | | |
| b. Is property insurance included?  Yes ✔  No _____ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 50.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 0.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 30.00 |
| 6. Laundry and dry cleaning | $ | 102.00 |
| 7. Medical and dental expenses | $ | 70.00 |
| 8. Transportation (not including car payments) | $ | 30.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 35.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 600.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Miscellaneous | $ | 250.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,417.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,061.90 |
| b. Average monthly expenses from Line 18 above | $ | 2,417.00 |
| c. Monthly net income (a. minus b.) | $ | -355.10 |

Form B6 - Summary (12/07)                                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | | |
|-------|--|--|
| | Shaul Havivy | Debtor. |

Case No.: 11-22171 (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | Yes | 1 | $ 0 | | |
| B- | Personal Property | Yes | 9 | $ -1,987,648 | | |
| C- | Property Claimed as Exempt | Yes | 1 | | | |
| D- | Creditors Holding Secured Claims | Yes | 1 | | $ 0 | |
| E- | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 65,000 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 8,570,866 | |
| G- | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H- | Codebtors | Yes | 1 | | | |
| I- | Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,062 |
| J- | Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 2,417 |
| | TOTAL | | 28 | $ -1,987,648 | $ 8,635,866 | |

Official Form B6 - Statistical Summary (12/07)                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br><br>    Shaul Havivy                      Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 11-22171 |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 65,000 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 65,000 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,062 |
| Average Expenses (from Schedule J, Line 18) | $ 2,417 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,167 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 65,000 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $8,570,866 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $8,570,866 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Shaul Havivy_____ ,          Case No.  11-BK-22171-RN_____
           **Debtor**                                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **04/05/11**_____        Signature:  **/s/ Shaul Havivy**_____
                                                                           **Debtor**

Date _____     Signature: _____
                                                              **(Joint Debtor, if any)**

                                           [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,               Social Security No.
of Bankruptcy Petition Preparer                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                            Signature: _____

                                       _____
                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

### Central District of California

In re: __Shaul Havivy_____,    Case No. __11-BK-22171-RN_____
            Debtor                                                             (if known)

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☐
    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,500.00 | YTD from Art Wave, LLC for 2011 |
| $26,000.00 | 2010 from Art Wave, LLC |
| $26,500.00 | 2009 from Art Wave, LLC |

2

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

3

None
☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☑    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

---

None
☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None
☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

4

**6.   Assignments and receiverships**

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.   Gifts**

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| CCHR International 6616 Sunset Blvd, LA, CA 90028 | None | 01/01/2011 | 550 |

**8.   Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Charles T. Marshall, Attorney at Law 415 Laurel Street, #405 San Diego, CA 92101 | 03/22/2011 | $1,995 + $299 Court Filing Fee |

**10.  Other transfers**

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☑ 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None 

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None 

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Joanne Lotz

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

See Attached List

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

ATTACHMENT

IN RE: SHAUL HANIVY

BUSINESSES/STOCK HOLDINGS

| Vesting /Ownership/Entity Stock Holder | EIN | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|
| **Existing Entities:** | | | | |
| Art Wave, LLC | EIN 27-0485564 | 1001 S. Victory blvd. Burbank, CA 91502 | Art sales | 6/22/2009 |
| Foothill Development, LLC | EIN 20-3425105 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 8/31/2005 |
| Los Feliz Development, LLC | EIN 20-3503625 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 9/20/2005 |
| Landa Properties , LLC | EIN 20-5918554 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 8/9/2006 |
| LA Top Properties, LLC | EIN 20-8544399 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 2/13/2007 |
| Malibu Top Properties, LLC | EIN 26-0702610 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 8/2/2007 |
| **Entities Filed Closed 12-15-2010:** | | | | |
| Art-Wave International Inc. | EIN 95-4611385 | 1001 S. Victory blvd. Burbank, CA 91502 | Art sales | 12/26/1998 12/15/2010 |
| H Properties Inc.  S Corp. | EIN 26-1725763 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 11/27/2007 12/15/2010 |
| Great Find Development, LLC | EIN 20-3425119 | 1001 S. Victory blvd. Burbank, CA 91502 | Development | 8/31/2005 12/15/2010 |
| Great Find Real Estate Inc. | EIN 20-8895404 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 7/5/2007 12/15/2010 |
| Great Find Construction Inc. | EIN 20-5210443 | 1001 S. Victory blvd. Burbank, CA 91502 | Construction | 7/3/2006 12/15/2010 |
| Laurel Canyon Properties, LLC | EIN 20-5140888 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 6/26/2006 12/15/2010 |
| Lake Shore Development, LLC | EIN 20-4842533 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 5/8/2006 12/15/2010 |
| Valley Top Properties, LLC | 20-4915421 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 5/18/2006 12/15/2010 |
| Barryknoll Properties, LLC | EIN 20-8544301 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 2/13/2007 12/15/2010 |
| Shami Properties, LLC | EIN 20-8544452 | 1001 S. Victory blvd. Burbank, CA 91502 | Real Estate | 2/13/2007 12/15/2010 |

9

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

10

**22 . Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑  b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | Signature of Debtor | |
|---|---|---|---|
| Date | 04/05/11 | | /s/ Shaul Havivy |

| | | Signature of Joint Debtor (if any) | |
|---|---|---|---|
| Date | | | |

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | | Signature | |
|---|---|---|---|
| Date | | | |

| | Print Name and Title | |
|---|---|---|

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

| | |
|---|---|
| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social-Security No. (Required by 11 U.S.C. § 110.) |

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

| | |
|---|---|
| Signature of Bankruptcy Petition Preparer | Date |

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

Form B8 (Official Form 8) - (Rev. 12/08) - Page 1                    2008 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re | | Case No.: 11-22171 |
|---|---|---|
| Shaul Havivy | Debtor | Chapter: 7 |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

**Creditor's Name:**

**Describe Property Securing Debt:**

**Property will be** (check one):
___ Surrendered                    ___ Retained

If retaining the property, I intend to (check at least one):
___ Redeem the property
___ Reaffirm the debt
___ Other.  Explain_____ (for example, avoid lien using
11 U.S.C. § 522(f)).

**Property is** (check one):
___ Claimed as exempt                    ___ Not claimed as exempt

---

Property No. 2 (if necessary)

**Creditor's Name:**

**Describe Property Securing Debt:**

**Property will be** (check one):
___ Surrendered                    ___ Retained

If retaining the property, I intend to (check at least one):
___ Redeem the property
___ Reaffirm the debt
___ Other.  Explain_____ (for example, avoid lien using
11 U.S.C. § 522(f)).

**Property is** (check one):
___ Claimed as exempt                    ___ Not claimed as exempt

Form B8 (Official Form 8) - (Rev. 12/08) - Page 2                    2008 USBC, Central District of California

**PART B** – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___        NO ___ |

| Property No. 2 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___        NO ___ |

| Property No. 3 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___        NO ___ |

____0____ continuation sheets attached (*if any*)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _04/05/2011_____        _/s/ Shaul Havivy_____
                                 Signature of Debtor


                                 _____
                                 Signature of Joint Debtor

February 2006                                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  Shaul Havivy                                     Debtor(s). | CHAPTER: 7 CASE NO.: 11-22171 |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT  TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, Shaul Havivy _____, the debtor in this case, declare under penalty
        *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒     I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐     I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐     I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
      *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐     I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐     I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐     I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date __04/05/2011_____          Signature _/s/ Shaul Havivy_____
                                                *Debtor*

Date _____          Signature _____
                                                *Joint Debtor (if any)*

**OXN**

**ADP EASYPAY**

0024          OXN
ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

**Earnings Statement**

| | |
|---|---|
| Pay Period: | 3/24/2011 to 3/30/2011 |
| Pay Date: | 4/01/2011 |

| | |
|---|---|
| Employee Number: | 0024 |
| Department Number: | |
| Social Security Number: | XXX-XX-8312 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 99 |
| Rate: | |

**SHAUL HAVIVY**
**1001 S VICTORY BLVD,**
**BURBANK, CA 91502**

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| SALARY | | 500.00 | 6500.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 28.25 | 367.25 |
| FED WT | | 150.30 |
| CA ST | | 24.45 |
| CA DIS | 6.00 | 78.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $6,500.00 | $500.00 | $34.25 | $465.75 |

© 1988, 2006, ADP, Inc. All Rights Reserved.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ART-WAVE LLC**
1001 S VICTORY BLVD
BURBANK, CA 91502

**DEPOSIT**

Check Date:   4/01/2011

**VOID**

**$465.75 DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXXX4076**

**THIS IS NOT A CHECK**

| | | | Pay This Amount | |
|---|---|---|---|---|
| Pay To The Order Of | 0024   OXN | | | $465.75 |
| | SHAUL HAVIVY | | | |
| | 1001 S VICTORY BLVD. | | | |
| | BURBANK, CA 91502 | | | |

****VOID*****VOID****

## VOUCHER ONLY - NON-NEGOTIABLE

**Earnings Statement**

EASYPAY

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

Pay Period:   3/17/2011   to   3/23/2011
Pay Date:     3/25/2011

Employee Number:        0024
Department Number:
Social Security Number: XXX-XX-8312
Marital Status:         SINGLE
Number Of Allowances:   99
Rate:

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

| Hours and Earnings | | | | | Taxes and Deductions | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Hours | This Period | Year-To-Date | | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 6000.00 | | FICA | 28.25 | 339.00 |
| | | | | | FED WT | | 150.30 |
| | | | | | CA ST | | 24.45 |
| | | | | | CA DIS | 6.00 | 72.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
| --- | --- | --- | --- |
| $6,000.00 | $500.00 | $34.25 | $465.75 |

◄ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ART-WAVE LLC**
1001 S VICTORY BLVD
BURBANK, CA 91502

Check Date:   3/25/2011

VOID VOID VOID
VOID VOID VOID

$465.75 DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXXX4076

Pay To The Order Of

0024        OXN

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

Pay This Amount          $465.75

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK

**OXN**

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

**Earnings Statement**

ADP
EASY PAY

| Pay Period: | 3/10/2011 to 3/16/2011 |
| Pay Date: | 3/18/2011 |

Employee Number:     0024
Department Number:
Social Security Number:   XXX-XX-8312
Marital Status:   SINGLE
Number Of Allowances:   99
Rate:

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

| Hours and Earnings | | | | Taxes and Deductions | | |
| --- | --- | --- | --- | --- | --- | --- |
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 5500.00 | FICA | 28.25 | 310.75 |
| | | | | FED WT | | 150.30 |
| | | | | CA ST | | 24.45 |
| | | | | CA DIS | 6.00 | 66.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
| --- | --- | --- | --- |
| $5,500.00 | $500.00 | $34.25 | $465.75 |

▲ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ART-WAVE LLC**
1001 S VICTORY BLVD
BURBANK, CA 91502

DEPOSIT

Check Date:   3/18/2011

**$465.75   DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXXX4076**

Pay To The
Order Of

0024     OXN

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

Pay this Amount   $465.75

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

OXN    0024

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

**Earnings Statement**

EASYPAY

Pay Period:    3/03/2011  to  3/09/2011

Pay Date:    3/11/2011

Employee Number:    0024
Department Number:
Social Security Number:    XXX-XX-8312
Marital Status:    SINGLE
Number Of Allowances:    99
Rate:

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 5000.00 | FICA | 28.25 | 282.50 |
| | | | | FED WT | | 150.30 |
| | | | | CA ST | | 24.45 |
| | | | | CA DIS | 6.00 | 60.00 |

© 1998, 2006, ATP Inc. All Rights Reserved

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $5,000.00 | $500.00 | $34.25 | $465.75 |

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ART-WAVE LLC
1001 S VICTORY BLVD.
BURBANK, CA 91502

DEPOSIT

Check Date:    3/11/2011

**$465.75 DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXXX4076**

THIS IS NOT A CHECK

| Pay To The Order Of | | | | Payment Amount | $465.75 |
|---|---|---|---|---|---|

0024    OXN
SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

****VOID*****VOID****

**VOUCHER ONLY - NON-NEGOTIABLE**

IF THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK

**Earnings Statement**

**EASY PAY**

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

Pay Period: 2/24/2011 to 3/02/2011

Pay Date: 3/04/2011

| | |
|---|---|
| Employee Number: | 0024 |
| Department Number: | |
| Social Security Number: | XXX-XX-8312 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 99 |
| Rate: | |

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 4500.00 | FICA | 28.25 | 254.25 |
| | | | | FED WT | | 150.30 |
| | | | | CA ST | | 24.45 |
| | | | | CA DIS | 6.00 | 54.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $4,500.00 | $500.00 | $34.25 | $465.75 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ART-WAVE LLC**
1001 S VICTORY BLVD
BURBANK, CA 91502

**DEPOSIT**

Check Date: 3/04/2011

$465.75 DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXX4076

| | | | |
|---|---|---|---|
| Pay To The Order Of | 0024 OXN | Paycheck Amount | $465.75 |

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

**0XN**

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

**Earnings Statement**

EASYPAY

Pay Period:   2/17/2011   to   2/23/2011
Pay Date:   2/25/2011

Employee Number:   0024
Department Number:
Social Security Number:   XXX-XX-8312
Marital Status:   SINGLE
Number Of Allowances:   99
Rate:

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 4000.00 | FICA | 28.25 | 226.00 |
| | | | | FED WT | | 150.50 |
| | | | | CA ST | | 24.45 |
| | | | | CA DIS | 6.00 | 48.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $4,000.00 | $500.00 | $34.25 | $465.75 |

© 1998, 2006, ADP, Inc.   All Rights Reserved

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

Check Date:   2/25/2011

$465.75  DEPOSIT TO BANK# XXXXXXXXX  CHK ACCT# XXXXXX4076

**THIS IS NOT A CHECK**

Pay To The
Order Of

0024         0XN

SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

Pay This Amount   $465.75

****VOID*****VOID****

**VOUCHER ONLY - NON-NEGOTIABLE**

**OXN**    0024    OXN    **Earnings Statement**    EASY PAY

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

Pay Period:    2/10/2011  to  2/16/2011
Pay Date:    2/18/2011

| | |
|---|---|
| Employee Number: | 0024 |
| Department Number: | |
| Social Security Number: | XXX-XX-8312 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 99 |
| Rate: | |

**SHAUL HAVIVY**
**1001 S VICTORY BLVD.**
**BURBANK, CA 91502**

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 3500.00 | FICA | 28.25 | 197.75 |
| | | | | FED WT | | 150.30 |
| | | | | CA ST | | 24.45 |
| | | | | CA DIS | 6.00 | 42.00 |

©1996, 2006, ADP, Inc.  All Rights Reserved

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $3,500.00 | $500.00 | $34.25 | $465.75 |

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ART-WAVE LLC**
1001 S VICTORY BLVD
BURBANK, CA 91502    **DEPOSIT**

Check Date:    2/18/2011

$465.75  DEPOSIT TO BANK# XXXXXXXX  CHK ACCT# XXXXX4076

| | | | | |
|---|---|---|---|---|
| Pay To The Order Of | 0024 | OXN | Deposit Amount | $465.75 |
| | SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502 | | | |

€***VOID*****VOID****

**THIS IS NOT A CHECK**

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW.

**OXN**

0024    OXN
ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

**Earnings Statement**

EASYPAY

Pay Period:    2/03/2011  to  2/09/2011

Pay Date:    2/11/2011

Employee Number:    0024
Department Number:
Social Security Number:    XXX-XX-8312
Marital Status:    SINGLE
Number Of Allowances:    99
Rate:

**SHAUL HAVIVY**
1001 S VICTORY BLVD.
BURBANK, CA 91502

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 3000.00 | FICA | 28.25 | 169.50 |
| | | | | FED WT | | 150.30 |
| | | | | CA  ST | | 24.45 |
| | | | | CA DIS | 6.00 | 36.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $3,000.00 | $500.00 | $34.25 | $465.75 |

©1998, 2006  ATP Inc.  All Rights Reserved

▼ TEAR HERE

THIS DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ART-WAVE LLC**
1001 S VICTORY BLVD.
BURBANK, CA 91502

**DEPOSIT**

Check Date:   2/11/2011

**$465.75 DEPOSIT TO BANK# XXXXXXXXX CHK ACCT# XXXXX4076**

Pay This Amount    $465.75

Pay To The
Order Of

0024    OXN
SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

THIS IS NOT A CHECK

***VOID*****VOID****

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS A

OXN

**Earnings Statement**

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

**EASYPAY**

| | |
|---|---|
| Pay Period: | 1/27/2011 to 2/02/2011 |
| Pay Date: | 2/04/2011 |

| | | |
|---|---|---|
| Employee Number: | 0024 | |
| Department Number: | | **SHAUL HAVIVY** |
| Social Security Number: | XXX-XX-8312 | **1001 S VICTORY BLVD.** |
| Marital Status: | SINGLE | **BURBANK, CA 91502** |
| Number Of Allowances: | 99 | |
| Rate: | | |

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 2500.00 | FICA | 28.25 | 141.25 |
| | | | | FED WT | | 150.30 |
| | | | | CA ST | | 24.45 |
| | | | | CA DIS | 6.00 | 30.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $2,500.00 | $500.00 | $34.25 | $465.75 |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ART-WAVE LLC**
1001 S VICTORY BLVD
BURBANK, CA 91502

**DEPOSIT**

Check Date: 2/04/2011

**$465.75 DEPOSIT TO BANK# XXXXXXXX CHK ACCT# XXXXXX4076**

Pay To The
Order Of

0024     OXN
SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502

Pay This Amount    $465.75

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN

**OXN**

0024    OXN

ART-WAVE LLC
1001 S VICTORY BLVD
BURBANK, CA 91502

## Earnings Statement

EASY PAY

| | |
|---|---|
| Pay Period: | 1/20/2011  to  1/26/2011 |
| Pay Date: | 1/28/2011 |

| | |
|---|---|
| Employee Number: | 0024 |
| Department Number: | |
| Social Security Number: | XXX-XX-8312 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 99 |
| Rate: | |

**SHAUL HAVIVY**
**1001 S VICTORY BLVD.**
**BURBANK, CA 91502**

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 500.00 | 2000.00 | FICA | 28.25 | 113.00 |
| | | | | FED WT | | 150.30 |
| | | | | CA  ST | | 24.45 |
| | | | | CA DIS | 6.00 | 24.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $2,000.00 | $500.00 | $34.25 | $465.75 |

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

**ART-WAVE LLC**
1001 S VICTORY BLVD
BURBANK, CA 91502

DEPOSIT

Check Date:  1/28/2011

**$465.75 DEPOSIT TO BANK# XXXXXXXXX  CHK ACCT# XXXXXX4076**

| | | | | |
|---|---|---|---|---|
| Pay To The Order Of | 0024    OXN
SHAUL HAVIVY
1001 S VICTORY BLVD.
BURBANK, CA 91502 | | Pay this Amount | $465.75 |

****VOID*****VOID****

THIS IS NOT A CHECK

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS...

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                                1998 USBC, Central District of California

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: 11-22171 |
|---|---|
| Shaul Havivy | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

---

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

    For legal services, I have agreed to accept . . . Includes $299 Court Filing Fee   $ 2,294.00

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 2,294.00

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $      0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor          ☐ Other *(specify)*

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other *(specify)*    N/A

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)                    1998 USBC, Central District of California

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


_____  April 05, 2011  _____          /s/ Charles T. Marshall_____
Date                                     *Signature of Attorney*



                                         Charles T. Marshall, Attorney at Law
                                         *Name of Law Firm*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Charles T. Marshall, Attorney at Law<br>415 Laurel Street, #405<br>San Diego, CA  92101<br>619-807-2628<br><br>S.B. No. 176091<br><br>*Attorney for* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Shaul Havivy | CHAPTER  7<br><br>CASE NUMBER 11-22171 |
|---|---|
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)*    03/22/2011        , I agreed with the Debtor that for a fee of $  1,995.00  , I would
    provide only the following services:            (plus $299.00 Court Fee)

   a.  ☒  Prepare and file the Petition and Schedules
   b.  ☒  Represent the Debtor at the 341(a) Meeting
   c.  ☒  Represent the Debtor in any relief from stay actions
   d.  ☒  Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
         11 U.S.C. § 727
   e.  ☒  Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
         11 U.S.C. § 523
   f.  ☐  Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and
    that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 04/05/2011                                    Charles T. Marshall, Attny at Law
                                                     *Law Firm Name*

I HEREBY APPROVE THE ABOVE:                          By:  /s/ Charles Marshall


  /s/ Shaul Havivy                                   Name: Charles T. Marshall, Esq.
*Signature of Debtor*                                     *Attorney for Debtor*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                           **F 2090-1.1**

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)    **2003 USBC, Central District of California**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.:  11-22171 |
|---|---|
| Shaul Havivy | Chapter:  7 |
| | **STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE** |

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

☐      I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.      I paid the sum of $_____

2.      I still owe the sum of $_____

3.      I agreed to turn over or give a security interest in the following property:

4.      The name of the person or the name of the firm that assisted me was:

    Name:

    Address:

    Telephone:

☒      I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at ____Glendale_____, California.

Executed on: ___04/05/2011_____
                                   Date


    /s/ Shaul Havivy_____
    *Debtor*


    _____
    *Joint Debtor*

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

Name:  Charles T. Marshall, Esq.

Address:  415 Laurel Street, #405

 San Diego, CA 92101

Telephone:  619-807-2628     Fax:  866-575-7413

☒ Attorney for Debtor
☐ Debtor in Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>Shaul Havivy | Case No.:<br>11-22171 |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.   **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)    USBC, Central District of California

**2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.
2.    Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3     The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.    Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.    Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.    Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.
3.    After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

_____

X_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

_____
Social Security number (If the bankruptcy petition Address: preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____Shaul Havivy_____
Printed Name(s) of Debtor(s)

/s/ Shaul Havivy      04/05/2011
Signature of Debtor          Date

Case No. (if known) ___11-22171_____

X_____
Signature of Joint Debtor (if any)   Date

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

NONE

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

NONE

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

NONE

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Glendale_____, California.

        /s/ Shaul Havivy
_____
Debtor

Dated _4/5/11_____

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*
**F 1015-2.1**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Charles T. Marshall, Attorney at Law<br>415 Laurel Street, #405<br>San Diego, CA 92101    Tel: 619-807-2628    S.B. No. 176091<br><br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:    Shaul Havivy | CASE NO.: 11-22171 |
|---|---|
| | CHAPTER: 7 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists     Date Filed: 03/22/11 & 04/05/11
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that:  (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____     04/05/11
*Signature of Signing Party*     Date

SHAUL HAVIVY
*Printed Name of Signing Party*

_____     _____
*Signature of Joint Debtor (if applicable)*     Date

_____
*Printed Name of Joint Debtor (if applicable)*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.  If the Filed Document is a petition, I further declare under penalty of perjury that:  (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____     04/05/11
*Signature of Attorney for Signing Party*     Date

Charles T. Marshall, Esq.
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*